223 So.2d 869

**William SEWELL**

v.

**NEW ORLEANS POLICE DEPARTMENT.**

No. 49905.

June 27, 1969.

In re: William Sewell applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 221 So.2d 621.

Application denied. On the facts found by the Court of Appeal there is no error of law in the judgment.

of Appeal, Fourth Circuit, Parish of Orleans.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

223 So.2d 869

**W. S. YOUNG CONSTRUCTION COMPANY, Inc.**

v.

**Dr. Martin O. MILLER.**

No. 49906.

June 27, 1969.

In re: Dr. Martin O. Miller applying for certiorari, or writ of review, to the Court

223 So.2d 869

**Clarence DUPLANTIS**

v.

**HIGHLANDS INSURANCE COMPANY.**

No. 49908.

June 27, 1969.

In re: Highlands Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 221 So.2d 623.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.